# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN DALE HERRING, | ) CV F 02 6536 OWW WMW  HC |
| | ) |
| | ) ORDER ADOPTING FINDINGS AND |
| Petitioner, | ) RECOMMENDATION |
| | ) (Document 27) |
| v. | ) |
| | ) |
| L. R. BLANKS, | ) |
| | ) |
| Respondent. | ) |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On August 2, 2005, the Magistrate Judge issued Findings and Recommendation that the petition for writ of habeas corpus be DENIED. These Findings and Recommendation were served on all parties and contained notice that any objections were to be filed within ten days of the date of service of the order. Over ten days have passed and no party has filed objections.[1]

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court finds that the Findings and Recommendation is supported by the record and proper analysis.

---

[1] The court notes that the copy of the findings and recommendations served on Petitioner was returned by the United States Postal Service with the notation "unable to forward." The copy, however, was served on Petitioner at his address of record and pursuant to Local Rule 83-182(e) such service is fully effective.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued August 2, 2005, are ADOPTED IN FULL;
2. The petition for writ of habeas corpus is DENIED;
3. The Clerk of the Court is directed to enter judgment for Respondent and to close this case.

IT IS SO ORDERED.

**Dated:   September 26, 2005**          **/s/ Oliver W. Wanger**
emm0d6                                               UNITED STATES DISTRICT JUDGE